UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) DAVID OBENG,<br>a/k/a "Doobie,"<br><br>(2) LINDSLEY GEORGES,<br>a/k/a "Goof,"<br>a/k/a "G,"<br>a/k/a "Jack Napier,"<br>a/k/a "James,"<br>a/k/a "Joker,"<br>a/k/a "Raymond Gong"<br><br>(3) LYNLEY JOSEPH,<br>a/k/a "Marcus Brown,"<br>a/k/a "Marcus Joseph,"<br><br>and<br><br>(4) SHAUNSAYH ADDO,<br>a/k/a "Shugg,"<br><br>Defendants | Criminal No. 26- cr10258<br><br>Violations:<br><br>Count One: Bank Fraud Conspiracy<br>(18 U.S.C. § 1349)<br><br>Count Two: Money Laundering Conspiracy<br>(18 U.S.C. §§ 1956(h))<br><br>Forfeiture Allegation:<br>(18 U.S.C. §§ 982(a)(1) and (2)) |

# INDICTMENT

At all times relevant to this Indictment:

## General Allegations

1. Defendant DAVID OBENG, a/k/a "Doobie," lived in or near Boston, Massachusetts.

2. Defendant LINDSLEY GEORGES, a/k/a "Goof," a/k/a "G," a/k/a "Jack Napier," a/k/a "James," a/k/a "Joker," a/k/a "Raymond Gong," lived in or near Everett, Massachusetts.

3. Defendant LYNLEY JOSEPH, a/k/a "Marcus Brown," a/k/a "Marcus Joseph," lived in or near Mattapan and Brockton, Massachusetts.

4. Defendant SHAUNSAYH ADDO, a/k/a "Shugg," lived in or near Leominster, Massachusetts.

5. Bank of America, Berkshire Bank, Digital Credit Union ("DCU"), Hanscom Federal Credit Union ("HFCU"), M&T Bank, Northeast Community Bank ("NCB"), Rockland Trust, Sharon Credit Union ("SCU"), and Tremont Credit Union were financial institutions within the meaning of 18 U.S.C. § 20, each with branches in Massachusetts.

Overview of the Bank Fraud Conspiracy and Scheme to Defraud

6. Between in or about November 2023 and in or about April 2026, in the District of Massachusetts and elsewhere, defendants OBENG, GEORGES, JOSEPH, and ADDO conspired with each other and others known and unknown to the Grand Jury to deposit fraudulent checks, including stolen and altered United States Treasury checks, into business accounts at banks and credit unions that they controlled, and to withdraw the proceeds of those deposits.

Object and Purposes of the Bank Fraud Conspiracy and Scheme to Defraud

7. The object of the conspiracy was to commit bank fraud. The principal purposes of the conspiracy and the scheme to defraud were to make money and to conceal the conspiracy's existence from banks, credit unions, and law enforcement personnel.

Manner and Means of the Bank Fraud Conspiracy and Scheme to Defraud

8. Among the manner and means by which defendants OBENG, GEORGES, JOSEPH, ADDO, and others known and unknown to the Grand Jury carried out the bank fraud conspiracy and the scheme to defraud were the following:

a. recruiting co-conspirators who controlled existing businesses and business bank accounts;

b. incorporating non-existent Massachusetts businesses with no bona fide

business operations, employees, premises, or revenue ("Shell Companies") using the names and personally identifiable information of co-conspirators;

c. recruiting co-coconspirators to open business bank and credit union accounts in the names of Shell Companies ("Shell Company Accounts");

d. obtaining checks without authorization ("Stolen Checks"), including United States Treasury checks that the IRS had issued to taxpayers;

e. altering the Stolen Checks to be payable to Shell Companies or to co-conspirators' existing businesses;

f. depositing the Stolen Checks into Shell Company Accounts and co-conspirators' business bank and credit union accounts;

g. providing false information to banks and credit unions regarding the source of the Stolen Checks;

h. forging business documents to support false claims regarding the source of the Stolen Checks;

i. obtaining deposit slips to prove the deposit of the Stolen Checks;

j. sharing images of the deposit slips with co-conspirators;

k. monitoring the online balances of Shell Company Accounts and co-conspirators' business bank and credit union accounts to determine when deposited funds were available for withdrawal;

l. withdrawing the proceeds of the deposit of Stolen Checks in cash and by bank and cashier's checks;

m. sharing the proceeds of the deposit of the Stolen Checks;

n. communicating using encrypted messaging applications; and

o. avoiding detection of the conspiracy by banks, credit unions, and law enforcement.

9. In this fashion, between in or about June 2023 and in or about April 2026, defendants OBENG, GEORGES, JOSEPH, ADDO, and others known and unknown to the Grand Jury deposited and withdrew and attempted to withdraw at least $12.2 million in Stolen Checks.

Acts in Furtherance of the Bank Fraud Conspiracy and the Scheme to Defraud

10. On or about the dates below between in or about June 2023 and in or about April 2026, in the District of Massachusetts and elsewhere, defendants OBENG, GEORGES, JOSEPH, ADDO, and others known and unknown to the Grand Jury took the following acts, among others, in furtherance of the bank fraud conspiracy and scheme to defraud.

*CC-1*

a. On or about November 13, 2023, a co-conspirator used CC-1's name and personally identifiable information to incorporate a Massachusetts Shell Company ("the CC-1 Shell Company").

b. On or about November 30, 2023, CC-1 opened an account at HFCU in the name of the CC-1 Shell Company.

c. On or about December 5, 2023, CC-1 opened a Shell Company Account at SCU in the name of the CC-1 Shell Company.

d. On or about December 15, 2023, JOSEPH purchased a United States Postal Money Order for $500 payable to CC-1, which CC-1 deposited into the CC-1 Shell Company Account at SCU.

e. On or about February 1, 2024, JOSEPH messaged a co-conspirator to schedule a visit to a bank branch with CC-1 for the following day.

f. On or about February 2, 2024, at approximately 5:03 p.m., at an SCU branch in Brockton, Massachusetts, CC-1 deposited a stolen U.S. Treasury check for $206,499.70 that had been altered to be payable to the CC-1 Shell Company.

g. On or about February 2, 2024, at approximately 5:08 p.m., CC-1 withdrew $5,525 in cash proceeds from this deposit.

h. On or about February 2, 2024, at approximately 5:12 p.m., only 3 minutes after CC-1's $5,525 withdrawal, OBENG obtained an image of the SCU receipt reflecting CC-1's withdrawal.

i. On or about February 2, 2024, at approximately 5:15 p.m., OBENG obtained an image of an SCU letter informing CC-1 of a hold on more than $200,000 from CC-1's deposit.

j. On or about February 27, 2024, OBENG saved an image of the $206,499.70 Treasury check that CC-1 had deposited on February 2, 2024.

k. Several minutes later, OBENG saved an image of the $206,499.70 Treasury check with the payee information redacted.

l. On or about April 25, 2024, at approximately 12:37 p.m., GEORGES messaged OBENG asking, "Did you clear that balance ?"

m. OBENG responded, at approximately 12:38 p.m., "Yea i been did that // He otw [on the way] to drop rn [right now]."

n. On or about April 25, 2024, at approximately 2:00 p.m., at an SCU branch in Brockton, Massachusetts, CC-1 deposited a stolen U.S. Treasury check that had been altered to be payable to the CC-1 Shell Company for $382,996.93.

o. On or about April 25, 2024, at 2:09 p.m., only 9 minutes after CC-1's

deposit, OBENG sent GEORGES an image of the SCU deposit slip and a notice of a hold of $377,471.93 on CC-1's deposit.

p. On or about June 24, 2024, CC-1 listed an electronic contact on the account containing the name "Marcus Brown," an alias for JOSEPH.

*CC-2*

q. On or about October 7, 2023, a co-conspirator used CC-2's personally identifiable information to register a Massachusetts Shell Company, naming CC-2 the company's sole officer ("the CC-2 Shell Company").

r. On or about October 27, 2023, CC-2 opened a business account in the name of the CC-2 Shell Company at Rockland Trust.

s. On or about November 25, 2023, CC-2 opened a business account in the name of the CC-2 Shell Company at NCB.

t. On or about January 3, 2024, OBENG messaged JOSEPH "Have [CC-2] check at 10:30".

u. On or about January 12, 2024, at a Rockland Trust branch in Shrewsbury, Massachusetts, CC-2 deposited a stolen U.S. Treasury check for $204,644.77 that had been altered to be payable to the CC-2 Shell Company.

v. On or about February 2, 2024, OBENG messaged JOSEPH "Man just tell [CC-2] n***as need they cheese man nfs idec shit outrageous."

w. On or about March 5, 2024, at an NCB branch in Framingham, Massachusetts, CC-2 deposited a stolen U.S. Treasury check for $84,965 that had been altered to be payable to the CC-2 Shell Company.

x. On or about May 24, 2024, GEORGES messaged CC-2 inviting CC-2 to

participate in cashing a $3.5 million check that was "clean."

y. On or about June 20, 2024, at a Rockland Trust branch in Worcester, Massachusetts, CC-2 deposited a stolen U.S. Treasury check for $2,088,528.40 that had been altered to be payable to the CC-2 Shell Company.

*CC-3*

z. On or about March 19, 2024, OBENG messaged a co-conspirator the account number, routing number, and login credentials for a business checking account that CC-3 controlled at Berkshire Bank.

aa. On or about March 28, 2024, a co-conspirator messaged OBENG that Berkshire Bank had left a voicemail requesting a call from CC-3, and that co-conspirators needed to send information regarding the device used to access CC-3's account online.

bb. On or about March 29, 2024, at a Berkshire Bank branch in Leominster, Massachusetts, CC-3 deposited a stolen U.S. Treasury check for $1,355,863 that had been altered to be payable to a business that CC-3 controlled.

cc. On or about March 30, 2024, GEORGES sent OBENG an image of a cell phone displaying online banking information for CC-3's business account. The image reflected CC-3's March 29 deposit of the stolen $1,355,863 Treasury check.

*CC-4*

dd. On or about March 19, 2024, a co-conspirator filed papers with the Commonwealth of Massachusetts naming CC-3 the sole officer of a Shell Company ("the CC-4 Shell Company").

ee. On or about March 25, 2024, CC-4 opened a business account in the name of the CC-4 Shell Company at Rockland Trust.

ff. On or about April 5, 2024, CC-4 opened a business account in the name of the CC-4 Shell Company at M&T Bank.

gg. On or about April 16, 2024, CC-4 messaged GEORGES, "Hey, I got my MT card".

hh. On or about April 25, 2024, at approximately 6:55 p.m., OBENG saved a photograph of a $536,214.43 U.S. Treasury check payable to a business.

ii. On or about April 25, 2024, at approximately 4:04 p.m., OBENG took a screenshot of a transaction verifying the check by number and amount on a Treasury Department website.

jj. On or about May 1, 2024, CC-4 sent GEORGES the username and password for the CC-4 Shell Account at M&T Bank.

kk. On or about May 2, 2024, at approximately 6:57 p.m., OBENG saved an image of the $536,214.43 check described in paragraph 10(hh) above, but now payable to the CC-4 Shell Company.

ll. On or about May 7, 2024, at approximately 1:09 p.m., at an M&T Bank branch in Shrewsbury, Massachusetts, CC-4 deposited the $536,214.43 Treasury check that had been altered to be payable to the CC-4 Shell Company.

mm. On or about May 7, 2024, at approximately 1:10 p.m., CC-4 sent GEORGES an image of the M&T Bank deposit slip for CC-4's deposit of the check a minute earlier.

nn. At approximately 1:13 p.m., GEORGES responded, "Thank you !!"

oo. On or about May 7, 2024, at approximately 1:29 p.m., GEORGES sent OBENG an image of the same deposit slip that CC-4 had shared with GEORGES.

pp. On or about May 7, 2024, at approximately 7:40 p.m., CC-4 messaged GEORGES asking, "after this check you'll have more for me right?"

qq. On or about May 7, 2024, at approximately 7:40 p.m., GEORGES responded affirmatively, adding, "Lmao nah we take breaks after those type of checks."

rr. On or about May 7, 2024, at approximately 7:45 p.m., GEORGES messaged CC-4, "Yeah [CC-2] only on pause cause if we did a lot so far."

ss. On or about May 8, 2024, at approximately 12:25 p.m., GEORGES sent OBENG an image reflecting online access to CC-4's Shell Company Account at M&T Bank.

tt. On or about May 16, 2024, GEORGES accompanied CC-4 to an M&T Bank branch in Wellesley, Massachusetts after the bank placed a hold on the check that CC-4 deposited on May 7th.

uu. On or about May 16, 2024, at approximately 1:12 p.m., after CC-4 entered the branch, CC-4 messaged GEORGES regarding an M&T customer service representative, "He's calling the fraud department."

vv. In response to a question from the customer service representative, CC-4 stated falsely that the check CC-4 had deposited was a tax refund check for the CC-4 Shell Company.

ww. At approximately 1:13 p.m., GEORGES responded: "Let him call everything is under your name The most they'll say is they closing the account . And send you the check back."

xx. At approximately 1:14 p.m., CC-4 messaged GEORGES a picture of the representative on the phone with the bank's fraud department.

yy. At approximately 1:30 p.m., CC-4 messaged GEORGES a recording of her

conversation with the customer service representative.

zz. At approximately 1:34 p.m., GEORGES sent OBENG the recording that CC-4 had messaged of CC-4's conversation with the customer service representative, stating, "There's a block in there . He trying to unblock it Gotta wait a lil. Made her recorded it so yall can hear it…."

aaa. At approximately 2:33 p.m., CC-4 sent GEORGES an image of an email from M&T Bank asking for a copy of the tax return that generated the refund check.

bbb. At approximately 2:35 p.m., GEORGES messaged in response, "One sec . Letme ask my bro."

ccc. At approximately 7:16 p.m., CC-4 messaged GEORGES, "What should I email the M&t representative";

ddd. At approximately 7:51 p.m., GEORGES messaged, "'I'll have my accountant send all my tax paperwork to me and then I'll forward it to you.' Say that."

*CC-5*

eee. On or about June 20, 2024, at a Digital Credit Union branch in Leominster, Massachusetts, CC-5 deposited a U.S. Treasury check for $998,704.41 that had been altered to be addressed to CC-5 and payable to a business with a name similar to a business that CC-5 owned and controlled ("the CC-5 Treasury Check").

fff. On or about June 27, 2024, OBENG saved an image reflecting online access to CC-5's business account and the deposit of the CC-5 Treasury Check.

ggg. On or about July 3, 2024, OBENG messaged GEORGES, "CU [credit union] still aint change?"

hhh. In response, GEORGES messaged OBENG an image of a cell phone

reflecting online access to CC-5's business credit union account and the deposit of the CC-5 Treasury Check.

*CC-6*

iii. On or about June 25, 2024, at a Tremont Credit Union branch in Roslindale, Massachusetts, CC-6 deposited a $150,000 U.S. Treasury check that had been altered to be payable to a business that CC-6 controlled.

jjj. On or about June 28, 2024, OBENG saved an image of the Tremont Credit Union deposit slip reflecting CC-6's deposit of the stolen and altered $150,000 Treasury check.

Overview of the Money Laundering Conspiracy

11. Between at least as early as June 2023 and in or about April 2026, defendants OBENG, GEORGES, JOSEPH, ADDO, and others known and unknown to the Grand Jury agreed with each other and with others to receive and withdraw proceeds of the deposit of Stolen Checks from bank and credit union accounts that they controlled, to deposit some of those proceeds into Shell Company Accounts that they controlled, and to convert some of the proceeds to cash, all as part of an effort to conceal that the funds were the proceeds of criminal activity.

Object and Purposes of the Money Laundering Conspiracy

12. It was the object of the money laundering conspiracy to engage in financial transactions involving the proceeds of the bank fraud conspiracy charged in Count 1 of this Indictment with the intent to conceal to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of that crime. The purpose of the money laundering conspiracy was to profit and to avoid detection by banks, credit unions, and law enforcement personnel.

Manner and Means of the Money Laundering Conspiracy

13. Among the manner and means by which OBENG, GEORGES, JOSEPH, ADDO, and others known and unknown to the Grand Jury carried out the money laundering conspiracy were the following:

a. Employing all of the manner and means described in paragraph 8 above;

b. identifying Shell Company Accounts into which proceeds of the bank fraud conspiracy could be deposited;

c. using the proceeds of the bank fraud conspiracy to purchase bank and cashier's checks payable to Shell Companies and other businesses the conspiracy controlled;

d. depositing checks into Shell Company Accounts;

e. withdrawing the proceeds of the check deposits;

f. lending the proceeds to legitimate borrowers who were unaware of the source of the proceeds, in exchange for promises of repayment with interest; and

g. withdrawing proceeds in cash.

Acts in Furtherance of the Money Laundering Conspiracy

14. Between at least as early as June 2023 and in or about April 2026, OBENG, GEORGES, JOSEPH, ADDO, and others known and unknown to the Grand Jury committed and caused to be committed the following acts, among others, in furtherance of the money laundering conspiracy:

*CC-1*

a. On or about February 14, 2024, at 2:24 p.m., at an SCU branch in Brockton, Massachusetts, using the proceeds from the February 2nd deposit described in paragraph 10(f) above, CC-1 purchased a bank check for $156,000 payable to another Massachusetts Shell

Company.

b. On or about February 14, 2024, at 2:28 p.m., only 5 minutes after CC-1's purchase of the $156,000 bank check, JOSEPH sent OBENG an image of the check.

*CC-2*

c. On or about March 25, 2024, CC-2 wired $170,000 in proceeds from the bank fraud conspiracy from the CC-2 Shell Company Account at Rockland Trust to a Miami area jeweler. CC-2 represented falsely to Rockland Trust personnel that the purpose of the wire was "investment."

d. On or about March 28, 2024, CC-2 wired $140,300 in proceeds from the bank fraud conspiracy from the CC-2 Shell Company Account at Rockland Trust to the Miami area jeweler. CC-2 again represented falsely to Rockland Trust personnel that the purpose of the wire was "investment."

e. On or about March 28, 2024, OBENG ordered $310,300 in Audemars Piquet watches and other jewelry for shipment by FedEx to CC-2's Massachusetts residence.

*CC-1, CC-2, and CC-3*

f. On or about April 3, 2024, at Berkshire Bank, from the proceeds of the March 29th deposit of an altered Treasury check, CC-3 purchased a bank check for $235,280 payable to the CC-2 Shell Company.

g. On or about April 4, 2024, at a Rockland Trust branch in Westborough, Massachusetts, CC-2 deposited the $235,280 bank check into the CC-2 Shell Company Account.

h. On or about April 8, 2024, from the proceeds of the $235,280 bank check, CC-2 purchased a $223,000 bank check payable to a Massachusetts Shell Company.

i. On or about April 8, 2024, at Berkshire Bank, from the proceeds of the

March 29 deposit, CC-3 purchased a bank check for $223,591 payable to the CC-1 Shell Company.

j. On or about April 8, 2024, ADDO messaged OBENG: "Talked to your man earlier about my man who would cash us out…" and asked OBENG to "send me what info you need for other business ac."

k. On or about April 11, 2024, at Berkshire Bank, from the proceeds of the March 29 deposit, CC-3 purchased a bank check for $202,643 payable to a California Shell Company.

l. On or about April 18, 2024, from the proceeds of the March 29 deposit, CC-3 purchased a bank check for $425,000 payable to Law Firm A.

m. On or about April 18, 2024, OBENG and ADDO messaged each other as follows:

| | |
|---|---|
| OBENG: | Bro ??? Yo whats going n***as Said some shit bout some 420 30 days Or something Idk tho I just heard it |
| ADDO: | Tell your man everything is good yes .. had to do it like that they were about to freeze my boys [CC-3's] account. |
| OBENG: | Where it get moved too and what u mean 30 days and i told him chill |
| ADDO: | The rich n***a in my city is gunna clean it up it's all set 1000% |

n. On or about April 18, 2024, OBENG messaged ADDO, "Just cause its [CC-3's] account dont mean shit bro he volunteered for the move gang // I'm thinking you said 4 ways cause ur bro getting another cut from the 425."

o. On or about April 18, 2024, ADDO messaged OBENG, "Let's just agree on a number you can come kick it here and the shit is good we'll break bread .. again I know you know I'm not running off or doing any weird shit just let your man know we were just tryna do

the right thing .. which we did bc now my boy is safe.. for now and the law firm in mass it's not hot bro".

p. On or about April 18, 2024, ADDO delivered to Law Firm A the $425,000 bank check that CC-3 had purchased from the proceeds of the $1.3 million deposit.

q. On or about April 19, 2024, ADDO lent the $425,000 in proceeds to a borrower. ADDO, and another individual ("Individual 1") who lent $575,000 to the same borrower, took a security interest in the borrower's property in Nantucket, Massachusetts, and agreed to receive payments of interest and principal from the borrower until the loan was repaid.

r. On or about April 26, 2024, ADDO took an advance of $25,000 cash from Individual 1 against the principal the borrower owed.

s. Between on or about July 24, 2024, and on or about May 5, 2026, ADDO requested advances from Individual 1 totaling $384,000 against the principal the borrower owed.

t. Between on or about May 23, 2024, and on or about April 17, 2026, ADDO accepted interest payments on the principal he had lent to the borrower.

*CC-4 & CC-6*

u. On or about May 3, 2024, at a Bank of America branch in Natick, Massachusetts, CC-4 opened a business checking account in the name of CC-4's Shell Company.

v. On or about May 6, 2024, at an M&T Bank branch in Westborough, Massachusetts, CC-4 purchased two cashier's checks for $46,800 using proceeds from the deposit of a Stolen Check, including one for $24,000 payable to CC-4's Shell Company.

w. On or about May 6, 2024, CC-4 messaged GEORGES a photo of the two cashier's checks that CC-4 had purchased at M&T Bank.

x. On or about May 6, 2024, CC-4 deposited the $24,000 bank check payable

to the CC-4 Shell Company into the CC-4 Shell Company Account at Bank of America.

y. After depositing the check, CC-4 messaged GEORGES, "All set a deposited into Bank of America about 30 minutes ago she said it will clear by the 10th. GEORGES responded, "Ok perfect. Thank you!"

z. On or about June 20, 2024, CC-4 withdrew $4,000 in cash from the CC-4 Shell Company Account at Bank of America.

aa. On or about June 20, 2024, GEORGES messaged CC-4, "You only sent 4k."

bb. On or about July 18, 2024, at a Tremont Credit Union branch in Roslindale, Massachusetts, using the proceeds of the deposit of the $150,000 Treasury check described in paragraph 10(iii) above, CC-6 purchased a $60,000 bank check payable to the CC-4 Shell Company.

cc. On or about July 19, 2024, GEORGES messaged CC-4, "Just know once I tell him I gave you the slip imma have two days to give him the money. I told that. // Cause he thinks I'm grabbing it."

dd. On or about July 19, 2024, in Framingham, Massachusetts, GEORGES delivered the $60,000 bank check payable to CC-4's Shell Company by leaving it in CC-4's car, and messaged CC-4, "Ok // Just did it // I put it in the glove box."

ee. On or about July 22, 2024, at a Bank of America branch, CC-4 deposited the $60,000 bank check that CC-6 had purchased into an account in the name of CC-4's Shell Company.

ff. On or about July 23, 2024, at a Tremont Credit Union branch in Roslindale, Massachusetts, using the proceeds of the deposit of the $150,000 Treasury check described in

paragraph 10(iii) above, CC-6 purchased a $25,000 bank check payable to CC-4's Shell Company.

gg. On or about August 14, 2024, CC-4 deposited the $25,000 check that CC-6 had purchased into a Bank of America account in the name of CC-4's Shell Company.

COUNT ONE
Bank Fraud Conspiracy
(18 U.S.C. § 1349)

The Grand Jury charges:

15. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 14 of this Indictment.

16. Between in or about June 2023 and in or about April 2026, in the District of Massachusetts and elsewhere, defendants,

(1) DAVID OBENG, a/k/a "Doobie,"

(2) LINDSLEY GEORGES,
a/k/a "Goof,"
a/k/a "G,"
a/k/a "Jack Napier,"
a/k/a "James,"
a/k/a "Joker,"
a/k/a "Raymond Gong,"

(3) LYNLEY JOSEPH,
a/k/a "Marcus Brown,"
a/k/a "Marcus Joseph,"

and

(4) SHAUNSAYH ADDO,
a/k/a "Shugg,"

conspired with each other and with others known and unknown to the Grand Jury to commit bank fraud, that is, to knowingly execute, and attempt to execute, a scheme and artifice to defraud financial institutions, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of financial institutions, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1349.

COUNT TWO
Money Laundering Conspiracy
(18 U.S.C. § 1956(h))

The Grand Jury further charges:

17. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 14 of this Indictment.

18. Between in or about June 2023 and in or about April 2026, in the District of Massachusetts and elsewhere, defendants,

(1) DAVID OBENG,
a/k/a "Doobie,"

(2) LINDSLEY GEORGES,
a/k/a "Goof,"
a/k/a "G,"
a/k/a "Jack Napier,"
a/k/a "James,"
a/k/a "Joker,"
a/k/a "Raymond Gong,"

(3) LYNLEY JOSEPH,
a/k/a "Marcus Brown,"
a/k/a "Marcus Joseph,"

and

(4) SHAUNSAYH ADDO,
a/k/a "Shugg,"

conspired with each other and others known and unknown to the Grand Jury to conduct and attempt to conduct financial transactions, to wit, banking and lending transactions, knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, bank fraud conspiracy, in violation of Title 18, United States Code, Section 1344, as charged in Count One, and knowing that the transactions were designed, in whole and in part, to conceal and disguise the

nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956.

FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(1) and (2))

19. Upon conviction of the offense, in violation of Title 18, United States Code, Section 1349, set forth in Count One, the defendants,

(1) DAVID OBENG,
a/k/a "Doobie,"

(2) LINDSLEY GEORGES,
a/k/a "Goof,"
a/k/a "G,"
a/k/a "Jack Napier,"
a/k/a "James,"
a/k/a "Joker,"
a/k/a "Raymond Gong,"

(3) LYNLEY JOSEPH,
a/k/a "Marcus Brown,"
a/k/a "Marcus Joseph,"

and

(4) SHAUNSAYH ADDO,
a/k/a "Shugg,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(2), any property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly as a result of such offense.

20. Upon conviction of the offense in violation of Title 18, United States Code, Section 1956(h), set forth in Count Two, the defendants,

(1) DAVID OBENG,
a/k/a "Doobie,"

(2) LINDSLEY GEORGES,
a/k/a "Goof,"
a/k/a "G,"
a/k/a "Jack Napier,"
a/k/a "James,"
a/k/a "Joker,"

a/k/a "Raymond Gong,"

(3) LYNLEY JOSEPH,

a/k/a "Marcus Brown,"
a/k/a "Marcus Joseph,"

and

(4) SHAUNSAYH ADDO,
a/k/a "Shugg,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following asset:

a. $16,000 in United States currency seized from Individual 1 on or about June 10, 2026.

21. If any of the property described in paragraphs 19 and 20, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1) and (2), as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraphs 19 and 20 above.

All pursuant to Title 18, United States Code, Section 982(a)(1) and (2).

A TRUE BILL

[redacted]

FOREPERSON

SETH B. KOSTO
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 22, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, 3:15pm

DEPUTY CLERK