**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** II **Investigating Agency** IRS-CI, USPIS

**City** BROCKTON

**County** PLYMOUTH

**Related Case Information:**

Superseding Ind./ Inf. -- Case No. --

Same Defendant -- New Defendant --

Magistrate Judge Case Number --

Search Warrant Case Number 26-MJ-7246-MPK (seizure warrant)

R 20/R 40 from District of --

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number SEE NEXT PAGE ☑ Yes ☐ No

**Defendant Information:**

Defendant Name DAVID OBENG Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "DOOBIE"

Address: ______

Birth date (Yr only): ______ SSN (last 4#): ______ Sex: M Race B Nationality: USA

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: SETH B. KOSTO/KRISTEN KEARNEY Bar Number if applicable: 641044 / 669940

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/22/2026 Signature of AUSA: */s/ Seth B. Kosto*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** DAVID OBENG, a/k/a "Doobie"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1349 | bank fraud conspiracy | 1 |
| Set 2 | 18 USC 1956(h) | money laundering conspiracy | 2 |
| Set 3 | 18 USC 982 | forfeiture allegations | N/A |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

RELATED CASES:
Allegra, Gino 25-cr-10267-DJC 9/17/2025
Banks, Eric 25-cr-10395-DJC 11/12/2025
El Ghoul, Jesse 25-cr-40028-DJC 7/31/2025
Opara, Nnamdi 25-cr-10377-DJC 9/19/2025
Singh, Amapreet 25-cr-10322-DJC 7/28/2025
Singh, Gurpit 25-cr-10325-DJC 7/30/2025
Smith Matthews, Lonnie 25-cr-10372-DJC 9/17/2025
Vasquez, Victor 26-cr-40019-MRG 6/3/2026
Villari, Domingo 25-cr-10337-DJC 8/13/2025

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** II **Investigating Agency** IRS-CI, USPIS

**City** BROCKTON

**County** PLYMOUTH

**Related Case Information:**

Superseding Ind./ Inf. -- Case No. --

Same Defendant -- New Defendant --

Magistrate Judge Case Number --

Search Warrant Case Number 26-MJ-7246-MPK (seizure warrant)

R 20/R 40 from District of --

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number SEE NEXT PAGE [x] Yes [ ] No

Defendant Name LINDSLEY GEORGES Juvenile: [ ] Yes [x] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [x] No

Alias Name: a/k/a "Goof," a/k/a "G," a/k/a "Jack Napier," a/k/a "James," a/k/a "Joker," a/k/a "Raymond Gong"

Address: ______

Birth date (Yr only): ______ SSN (last 4#): ______ Sex: M Race B Nationality: USA

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: SETH B. KOSTO/KRISTEN KEARNEY Bar Number if applicable: 641044 / 669940

**Interpreter:** [ ] Yes [x] No List language and/or dialect: ______

**Victims:** [x] Yes [ ] No If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:** [x] Yes [ ] No

[x] Warrant Requested [ ] Regular Process [ ] In Custody

**Location Status:** ______

**Arrest Date:** ______

[ ] Already in Federal Custody as of ______ in ______.

[ ] Already in State Custody at ______ [ ] Serving Sentence [ ] Awaiting Trial

[ ] On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** [ ] Complaint [ ] Information [x] Indictment

**Total # of Counts:** [ ] Petty ______ [ ] Misdemeanor ______ [x] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[x] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/22/2026 Signature of AUSA: */s/ Seth B. Kosto*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** LINDSLEY GEORGES, a/k/a "Goof," a/k/a "G," a/k/a "Jack Napier," a/k/a "James," a/k/a "Joker," a/k/a "Raymond Gong"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1349 | bank fraud conspiracy | 1 |
| Set 2 | 18 USC 1956(h) | money laundering conspiracy | 2 |
| Set 3 | 18 USC 982 | forfeiture allegations | N/A |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

RELATED CASES:
Allegra, Gino 25-cr-10267-DJC 9/17/2025
Banks, Eric 25-cr-10395-DJC 11/12/2025
El Ghoul, Jesse 25-cr-40028-DJC 7/31/2025
Opara, Nnamdi 25-cr-10377-DJC 9/19/2025
Singh, Amapreet 25-cr-10322-DJC 7/28/2025
Singh, Gurpit 25-cr-10325-DJC 7/30/2025
Smith Matthews, Lonnie 25-cr-10372-DJC 9/17/2025
Vasquez, Victor 26-cr-40019-MRG 6/3/2026
Villari, Domingo 25-cr-10337-DJC 8/13/2025

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ____ **Category No.** II **Investigating Agency** IRS-CI, USPIS

**City** BROCKTON

**County** PLYMOUTH

**Related Case Information:**

Superseding Ind./ Inf. -- Case No. --

Same Defendant -- New Defendant --

Magistrate Judge Case Number --

Search Warrant Case Number 26-MJ-7246-MPK (seizure warrant)

R 20/R 40 from District of --

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number SEE NEXT PAGE ☑ Yes ☐ No

**Defendant Information:**

Defendant Name LYNLEY JOSEPH Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: A/K/A "MARCUS BROWN" A/K/A "MARCUS JOSEPH"

Address: ____

Birth date (Yr only): ____ SSN (last 4#): ____ Sex: M Race B Nationality: USA

**Defense Counsel if known:** ____ Address: ____

Bar Number: ____

**U.S. Attorney Information**

AUSA: SETH B. KOSTO/KRISTEN KEARNEY Bar Number if applicable: 641044 / 669940

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ____

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.

☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/22/2026 Signature of AUSA: */s/ Seth B. Kosto*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________

**Name of Defendant** LYNLEY JOSEPH, A/K/A "MARCUS BROWN", A/K/A "MARCUS JOSEPH"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1349 | bank fraud conspiracy | 1 |
| Set 2 | 18 USC 1956(h) | money laundering conspiracy | 2 |
| Set 3 | 18 USC 982 | forfeiture allegations | N/A |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

RELATED CASES:
Allegra, Gino 25-cr-10267-DJC 9/17/2025
Banks, Eric 25-cr-10395-DJC 11/12/2025
El Ghoul, Jesse 25-cr-40028-DJC 7/31/2025
Opara, Nnamdi 25-cr-10377-DJC 9/19/2025
Singh, Amapreet 25-cr-10322-DJC 7/28/2025
Singh, Gurpit 25-cr-10325-DJC 7/30/2025
Smith Matthews, Lonnie 25-cr-10372-DJC 9/17/2025
Vasquez, Victor 26-cr-40019-MRG 6/3/2026
Villari, Domingo 25-cr-10337-DJC 8/13/2025

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** II **Investigating Agency** IRS-CI, USPIS

**City** BROCKTON

**County** PLYMOUTH

**Related Case Information:**

Superseding Ind./ Inf. -- Case No. --
Same Defendant -- New Defendant --
Magistrate Judge Case Number --
Search Warrant Case Number 26-MJ-7246-MPK (seizure warrant)
R 20/R 40 from District of --
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number SEE NEXT PAGE ☑ Yes ☐ No

**Defendant Information:**

Defendant Name SHAUNSAYH ADDO Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "SHUGG"

Address: ______

Birth date (Yr only): ______ SSN (last 4#): ______ Sex: M Race B Nationality: USA

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: SETH B. KOSTO/KRISTEN KEARNEY Bar Number if applicable: 641044 / 669940

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______ .
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/22/2026 Signature of AUSA: */s/ Seth B. Kosto*

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** SHAUNSAYH ADDO, A/K/A "SHUGG"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1349 | bank fraud conspiracy | 1 |
| Set 2 | 18 USC 1956(h) | money laundering conspiracy | 2 |
| Set 3 | 18 USC 982 | forfeiture allegations | N/A |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

RELATED CASES:
Allegra, Gino 25-cr-10267-DJC 9/17/2025
Banks, Eric 25-cr-10395-DJC 11/12/2025
El Ghoul, Jesse 25-cr-40028-DJC 7/31/2025
Opara, Nnamdi 25-cr-10377-DJC 9/19/2025
Singh, Amapreet 25-cr-10322-DJC 7/28/2025
Singh, Gurpit 25-cr-10325-DJC 7/30/2025
Smith Matthews, Lonnie 25-cr-10372-DJC 9/17/2025
Vasquez, Victor 26-cr-40019-MRG 6/3/2026
Villari, Domingo 25-cr-10337-DJC 8/13/2025