UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 26-cr-10258-DJC

UNITED STATES OF AMERICA

v.

DAVID OBENG, et al

**ORDER ON EXCLUDABLE TIME**

September 28, 2026

Boal, M.J.

The defendants have elected to proceed under the Automatic Discovery Rules in accordance with Local Rules 116.1 through 116.5. The interests of justice in this case, *i.e.*, to provide the parties additional time to develop their respective discovery plans, to produce discovery under the automatic discovery process, to evaluate the discovery and to seek additional discovery, and for the defendants to consider the need for pre-trial motions, outweigh the best interests of the public and defendants for a trial within seventy days of the defendants' initial appearance.

Accordingly, it is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) and Local Rule 112.2(a)(1), the Clerk of this Court enter excludable time for the period from

September 24, 2026, which was the date of the defendants' initial appearance, up to and including October 20, 2026, which is the date of the initial status conference.[1]

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate judge's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Phinney v. Wentworth Douglas Hosp., 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, Ltd., 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).